FILED
CLERK, U.S. DISTRICT COURT

JUL - 9 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. CR 97-496 DSF |
|---|---|
| Plaintiff, | ) ORDER OF DETENTION AFTER |
| v. | ) HEARING ( Fed.R.Crim.P. 32.1(a)(6) ) Allegations of Violations of Probation or ) Supervised Release) |
| Pedro Hawhiser | ) |
| Defendant. | ) |

   In this case involving alleged violations of conditions of probation or supervised release, the Court finds that no condition or combination of conditions will reasonably assure:

   A.   (X)   the appearance of the defendant as required; and/or

   B.   ( )   the safety of any person or the community.

The Court concludes that :

A.  (X)  Defendant failed to present clear and convincing evidence to establish that Defendant is not a risk of flight because:

No Bail Resources

B.  ( )  Defendant failed to present clear and convincing evidence to establish that Defendant does not pose a risk to the safety of other persons or the community because:

IT IS ORDERED that defendant be detained.

DATE: 7/9, 2013

HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE

2